1  ALAN R. BRAYTON, ESQ., S.B. #73685
   RICHARD M. GRANT, ESQ., S.B. #55677
2  BRAYTON❖PURCELL LLP
   ATTORNEYS AT LAW
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5
   Attorneys for Plaintiff
6

7

8              IN THE UNITED STATES DISTRICT COURT

9         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 KENNETH DELANCY,                    )   No. C09-01109 SI
                                       )
12            Plaintiff,               )   STIPULATION TO DISMISS
                                       )   DEFENDANT CROWN CORK & SEAL
13 vs.                                 )   AND REMAND CASE TO SAN
                                       )   FRANCISCO SUPERIOR COURT
14 ASBESTOS DEFENDANTS (BP), et al.,   )
                                       )
15            Defendants.              )

16

17       Come now Plaintiffs KENNETH DELANCY ("Plaintiff") and Defendant CROWN

18 CORK AND SEAL COMPANY INC. ("CC&S"), who file the following stipulation pursuant to

19 Local Rules 7-1 and 7-12:

20       WHEREAS, defendant CC&S removed this case to the United State District Court for

21 the Northern District of California on March 13, 2009, on the ground that the court has "federal

22 officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiff'

23 allegations that his injury was caused by products designed and manufactured by CC&S under

24 the supervision and control of the United States government;

25       WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant

26 joined in removal or filed a separate notice of removal;

27       WHEREAS, Plaintiff and Defendant CC&S, the affected parties, have now reached a

28 resolution of Plaintiff' claims against CC&S;

K:\Injured\109764\Fed-STIP-DISMISS CC&S.wpd                1
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN
FRANCISCO SUPERIOR COURT; C09-01109 SI

1       WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot

2  and given the resolution of Plaintiff' claims against it; and

3       WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant CC&S seek to

4  have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties,

5  Plaintiff and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby

6  are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and

7  that this action shall be, and hereby is, immediately remanded to the San Francisco County

8  Superior Court, the court in which it was originally filed and from which it was removed.

9  Dated: March ___18___, 2009       BRAYTON ❖ PURCELL LLP

10

11                     By: _____

12                          Richard M. Grant
                              Attorneys for Plaintiff

13

14  Dated: March ___18___, 2009      ARMSTRONG & ASSOCIATES, LLP

15

16                     By: _____

17                       Attorneys for Defendant CROWN CORK &
                       SEAL

18

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the

20  Superior Court of California, County of San Francisco, Case No 274734.  The Clerk shall send

21  a certified copy of this Order to the Clerk of the Court for the Superior Court of California,

22  County of San Francisco.

23

24

25  Dated: _____, 2009  By: _____
                              UNITED STATES DISTRICT COURT

26  _____

27

28

PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On March 19, 2009, I served the attached:

**STIPULATION TO DISMISS DEFENDANT CROWN CORK AND SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHE SERVICE LIST**

<u>XXX</u>      BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **March 19, 2009** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JANE A. EHNI

Kenneth Delancy et al. v. Asbestos Defs.
U.S.D.C. No. C09-01109 SI

BRAYTON◆PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

G:\POS\MULTIP.WPD

1

Case 3:09-cv-01109-SI   Document 11   Filed 03/26/09   Page 4 of 4
Case 3:09-cv-01109-SI   Document 9   Filed 03/19/2009   Page 4 of 4

1

Date Created: 3/19/2009-2:32:42 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 109764.001 - Kenneth Delancy

Run By : Ehni, Jane (JAE)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830    510-433-1836 (fax)
**Defendants:**
  Crown Cork & Seal Company, Inc.
(CC&S)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006    415-397-1339 (fax)
**Defendants:**
  Hopeman Brothers, Inc. (HOPE)
  Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330    510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Bishop, Barry, Howe, Haney & Ryder**
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
510-596-0888    510-596-0899 (fax)
**Defendants:**
  Plant Products & Supply Company
(PLANTP)

**Bowman and Brooke LLP**
879 West 190th Street
Suite 700
Gardena, CA 90248-4227
310-768-3068    310-719-1019 (fax)
**Defendants:**
  General Motors Corporation (GM)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900    415-986-8054 (fax)
**Defendants:**
  Ingersoll-Rand Company (INGRSL)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500    510-285-2505 (fax)
**Defendants:**
  Allis-Chalmers Corporation Product
Liability Trust (ALLIS)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000    415-267-4198 (fax)
**Defendants:**
  Plant Insulation Company (PLANT)

**Murrin & Associates LLC**
71 Lafayette Circle
Suite B
Lafayette, CA 94549
925-631-0320    925-262-2111 (fax)
**Defendants:**
  Soco West, Inc. (SOCWES)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000    415-344-7288 (fax)
**Defendants:**
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170    213-623-3594 (fax)
**Defendants:**
  Astra Flooring Company (ASTRA)
  Viacom, Inc. (VIACOM)

**Selman Breitman LLP**
33 New Montgomery
6th floor
San Francisco, CA 94105
415-979-0400    415-979-2099 (fax)
**Defendants:**
  Pep Boys Manny Moe & Jack of
California, The (PEPBOY)

**Sonnenschein Nath & Rosenthal, LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000    415-882-0300 (fax)
**Defendants:**
  Rapid-American Corporation (RAPID)

**Walsworth, Franklin, Bevins & McCall**
One City Boulevard W.
5th Floor
Orange, CA 92868-3677
714-634-2522    714-634-0686 (fax)
**Defendants:**
  Quintec Industries, Inc. (QUINTC)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072    415-391-6258 (fax)
**Defendants:**
  Thomas Dee Engineering Co., Inc. (DEE)